IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nº: 2:26-po-00001-CSK |
| Plaintiff, | |
| vs. | **O R D E R**<br>**WITHDRAWING THE FEDERAL DEFENDER**<br>**AND APPOINTING CJA COUNSEL** |
| NOE ALVAREZ, JR., | |
| Defendant. | |

Upon the Federal Defender's Motion and good cause appearing, IT IS HEREBY ORDERED granting the Federal Defender's *Motion to Withdraw* and appointing Megan Hopkins as CJA counsel effective April 6, 2026.

DATED: April 13, 2026

HON. CHI SOO KIM
United States Magistrate Judge

*US v. Alvarez. Jr.*                    1                    Order Withdrawing the Federal
Defender and Appointing CJA Counsel