MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
NOE ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>NOE ALVAREZ,<br>Defendant. | Case No. 2:26-po-0001-CSK<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney Justin Lee, attorney for Plaintiff, and Megan T. Hopkins, attorney for defendant Noe Alvarez, that the previously-scheduled status conference date of September 16, 2026, be continued to **November 18, 2026**, at 9:30 a.m. or such time thereafter as the Court is available.

The requested continuance will provide defense counsel with the additional time needed to obtain records, including any recordings by members of the public, related to Mr. Alvarez's participation in the protest from which the allegations arose, and to provide them to the government in the interest of advancing plea negotiations. The defense also requests additional time to raise discovery requests and to evaluate whether any pretrial motions are appropriate, and if so, to prepare such a motion.

/ / /

/ / /

The government does not oppose the continuance and so stipulates.

Respectfully submitted,

Dated: September 11, 2026

/s/ *Megan T. Hopkins*
MEGAN T. HOPKINS
Attorney for Defendant
NOE ALVAREZ

Dated: September 11, 2026

ERIC GRANT
United States Attorney

/s/ *Justin Lee*
JUSTIN LEE
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order. The status conference previously set for September 16, 2026, is hereby continued to November 18, 2026, at 9:30 a.m.

Dated: September __11___, 2026

HON. CHI SOO KIM
United States Magistrate Judge