ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOE ALVAREZ,<br><br>Defendant. | 2:26-po-00001-CSK<br><br>~~[Proposed]~~ ORDER TO RESET COLLATERAL AND VACATE STATUS CONFERENCE<br><br>DATE: November 18, 2026<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Chi Soo Kim |

It is hereby ordered that the plaintiff United States of America's Motion to Reset Collateral and Vacate Status Conference is GRANTED.

It is further ordered that the status conference on November 18, 2026, is vacated.

IT IS SO ORDERED.

Dated: November 17, 2026

Chi Soo Kim

HON. CHI SOO KIM
United States Magistrate Judge